UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALI MOHAMMADI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-1926-JAR |
| ) | |
| LENA EYERMANN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. Plaintiff has neither paid the filing fee nor submitted an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form application to proceed in the district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit the application to proceed in the district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 15th day of November, 2018.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE